# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**NO.  03-25-00433-CR**
**NO. 03-25-00434-CR**
**NO. 03-25-00435-CR**
**NO. 03-25-00436-CR**
**NO. 03-25-00437-CR**
**NO. 03-25-00438-CR**

---

**James Richardson Reece, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY**
**NOS. 22-1040CR-2, 22-1750CR-2, 22-2084CR-2, 22-3095CR-3, 22-3377CR-3, 22-4024CR-2**
**THE HONORABLE DARYL RUSSELL COFFEY, JUDGE PRESIDING**

---

# M E M O R A N D U M   O P I N I O N

The clerk's record in each of these appeals was due for filing in this Court on **July 18, 2025**.  On **July 28, 2025**, we notified appellant that no clerk's record had been filed due to his failure to pay or make arrangements to pay the trial clerk's fee for preparing the clerk's record.  The notice requested that appellant make arrangements for the clerk's record and submit a status report regarding these appeals by **August 7, 2025**.  Further, the notice advised appellant that his failure to comply with this request could result in the dismissal of the appeals for want of prosecution.  To date, appellant has not filed a status report or otherwise responded to this Court's notice, and the clerk's record has not been filed.

If a trial-court clerk fails to file the clerk's record due to an appellant's failure to pay or make arrangements to pay for the clerk's fee for preparing the record, the appellate court may dismiss the appeal for want of prosecution unless the appellant was entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b). In these cases, appellant has not established that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.2. Because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, these appeals are dismissed for want of prosecution.

_____

Gisela D. Triana, Justice

Before Justices Triana, Kelly, and Theofanis

Dismissed for Want of Prosecution

Filed:  August 22, 2025